# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**In Re:**

HALSTEAD, ROBERT KARL,
HALSTEAD, LISA JANE,

      Debtor(s).

**NO. 25-11877**

DECLARATION OF MAILING

I, Sharla Heiss, declare under penalty of perjury under the laws of the State of Washington, that on July 23, 2025, I served a true copy of the following:

**Notice of 341 Meeting of Creditors and Chapter 13 Plan**

**TO:** All creditors and other parties on the Mailing Matrix (attached) By depositing the copies in the U.S. Mail, first class, postage prepaid.

DATED this 23rd day of July 2025, at Federal Way, Washington.

                                    */s/ Sharla Heiss*
                                      Sharla Heiss
                                      Sr. Paralegal

DECLARATION OF MAILING - PAGE 1

TRAVIS A.GAGNIER
ATTORNEY AT LAW
33507 Ninth Ave S, Bldg F
PO Box 3949
Federal Way, WA 98003-3949
(253) 941-0234/927-7117

Label Matrix for local noticing
0981-2
Case 25-11877-CMA
Western District of Washington
Seattle
Wed Jul 23 16:46:28 PDT 2025

AMAZON
PO BOX 965013
Orlando FL 32896-5013

AVENUE
PO BOX 659584
SAN ANTONIO TX 78265-9584

Affirm, Inc.
650 California St Fl 12
San Francisco CA 94108-2716

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco CA 94108-2716

Aidvantage
Dept of Ed Loan Services
PO Box 4450
Portland OR 97208-4450

Ally Credit Card/cws
Po Box 9222
Old Bethpage NY 11804-9222

Ally Financial, Inc
Attn: Bankruptcy
Po Box 380901
Bloomington IL 55438-0901

Ally Financial, Inc
P.o. Box 380901
Bloomington MN 55438-0901

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso TX 79998-1535

Amex
P.o. Box 981537
El Paso TX 79998-1537

Aspire Credit Card
Attn: Bankruptcy
Po Box 105555
Atlanta GA 30348-5555

Aspire Credit Card
Po Box 105555
Atlanta GA 30348-5555

Avant LLC
222 W Merchandise Mart Plaza
Chicago IL 60654-1105

Avant LLC
Attn: Bankruptcy
222 W Mechandise Mart Plaza , Ste 900
Chicago IL 60654-1105

Avant/WebBank
222 North Lasalle Street
Suite 1600
Chicago IL 60601-1112

Avant/WebBank
222 W Merchandise Mart Plaza
Chicago IL 60654-1103

B&H Payboo
420 9th Ave
New York NY 10001-1614

BECU
Attn: Bankruptcy Department
Po Box 97050
Seattle WA 98124-9750

BECU
Po Box 97050
Seattle WA 98124-9750

Michelle M Bertolino
Farleigh Wada Witt
121 SW Morrison St Ste 600
Portland, OR 97204-3136

Best Egg
Attn: Bankruptcy
Po Box 42912
Philadelphia PA 19101-2912

Best Egg
Po Box 42912
Philadelphia PA 19101-2912

Bread Financial
PO Box 183003
Columbus OH 43218-3003

CARDWORKS
441 SMITHFIELD ST
Pittsburgh PA 15222-2216

CARE CREDIT
PO BOX 960061
ORLANDO FL 32896-0061

CATHERINE'S
P.O. BOX 9025
DES MOINES IA 50368-9025

Cap1/kohls Dept Store
Po Box 31293
Salt Lake City UT 84131-0293

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City UT 84130-0285

Capital One
Po Box 31293
Salt Lake City UT 84131-0293

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano TX 75024-2302

Capital One Auto Finance
Credit Bureau Dispute
Plano TX 75025

Capital One, N.A., successor by merger to Di
PO Box 3025
New Albany, OH  43054-3025

Capitalone
Po Box 31293
Salt Lake City UT 84131-0293

Citi Card/Best Buy
Attn: Citicorp Cr Srvs Centralized Bankr
Po Box 790040
St Louis MO 63179-0040

Citi Card/Best Buy
Po Box 6497
Sioux Falls SD 57117-6497

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790046
St Louis MO 63179-0046

Citibank/The Home Depot
Po Box 6497
Sioux Falls SD 57117-6497

City of Mount Vernon
910 Cleveland Ave
Mount Vernon WA 98273-4212

Comenity Bank
Attn: Bankruptcy
Po Box 182125
Columbus OH 43218-2125

Comenity Bank
Po Box 182120
Columbus OH 43218-2120

Comenity Bank/Avenue
Attn: Bankruptcy
Po Box 182125
Columbus OH 43218-2125

Comenity Bank/Avenue
Po Box 182789
Columbus OH 43218-2789

Comenity Bank/Catherines
Attn: Bankruptcy Department
Po Box 182125
Columbus OH 43218-2125

Comenity Bank/Catherines
Po Box 182789
Columbus OH 43218-2789

Comenity Bank/Lane Bryant
Attn: Bankruptcy
Po Box 182125
Columbus OH 43218-2125

Comenity Bank/Lane Bryant
Po Box 182789
Columbus OH 43218-2789

Comenity Bank/Overstock
Attn: Bankruptcy
Po Box 182125
Columbus OH 43218-2125

Comenity Bank/Overstock
Po Box 182120
Columbus OH 43218-2120

Comenity Bank/Torrid
Attn: Bankruptcy
Po Box 182125
Columbus OH 43218-2125

Comenity Bank/Torrid
Po Box 182789
Columbus OH 43218-2789

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus OH 43218-2125

Comenity Bank/Victoria Secret
Po Box 182789
Columbus OH 43218-2789

Comenity Bank/Wayfair
Attn: Bankruptcy
Po Box 182125
Columbus OH 43218-2125

Comenity Bank/Wayfair
Po Box 182789
Columbus OH 43218-2789

Comenity Bk/Ulta
Attn: Bankruptcy
Po Box 182125
Columbus OH 43218-2125

Comenity Bk/Ulta
Po Box 182120
Columbus OH 43218-2120

Comenity Capital Bank/PayPal Credit
Attn: Bankruptcy
Po Box 182125
Columbus OH 43218-2125

Comenity Capital Bank/PayPal Credit
Po Box 182120
Columbus OH 43218-2120

Comenity Capital/Lands End
Attn: Bankruptcy
Po Box 182125
Columbus OH 43218-2125

| | | |
|---|---|---|
| Comenity Capital/Lands End<br>Po Box 182120<br>Columbus OH 43218-2120 | Comenity Capital/famous<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus OH 43218-2125 | Comenity Capital/famous<br>Po Box 182120<br>Columbus OH 43218-2120 |
| Comenity/Sephora<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus OH 43218-2125 | Comenity/Sephora<br>Po Box 182120<br>Columbus OH 43218-2120 | Comenitybank/Onetop<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus OH 43218-2125 |
| Comenitybank/Onetop<br>Po Box 182789<br>Columbus OH 43218-2789 | Costco Citi Card<br>Attn: Bankruptcy<br>Po Box 6500<br>Sioux Falls SD 57117-6500 | Costco Citi Card<br>Po Box 6190<br>Sioux Falls SD 57117-6190 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>6801 Cimarron Rd<br>Las Vegas NV 89113-2273 | Credit One Bank<br>Po Box 98872<br>Las Vegas NV 89193-8872 | Department of Education<br>400 Maryland Avenue SW<br>Washington DC 20202-0008 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany OH 43054-3025 | Discover Financial<br>Po Box 30939<br>Salt Lake City UT 84130-0939 | FIRST BANKCARD CENTER<br>P.O. BOX 2436<br>OMAHA NE 68103-2436 |
| Famous Footwear<br>PO BOx 1157<br>Barnhart MO 63012 | Fingerhut<br>6250 Ridgewood Rd<br>St Cloud MN 56303-0820 | Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud MN 56303-0820 |
| Fingerhut Fetti/Webbank<br>6250 Ridgewood Rd<br>St Cloud MN 56303-0820 | Fingerhut Fetti/Webbank<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud MN 56303-0820 | (p)FIRST SAVINGS BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 |
| Fortiva<br>Attn: Bankruptcy<br>P.O. Box 105555<br>Atlanta GA 30348-5555 | Fortiva<br>Po Box 105555<br>Atlanta GA 30348-5555 | GAP<br>P.O. BOX 10591 DEPT. 72<br>ATLANTA GA 30310-0591 |
| Travis A Gagnier<br>Law Offices of Travis Gagnier, Inc., PS<br>33507 9th Ave S Bldg F<br>PO Box 3949<br>Federal Way, WA 98063-3949 | Genesis FS Card Services<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton OR 97076-4401 | Genesis FS Card Services<br>Po Box 4499<br>Beaverton OR 97076-4499 |
| Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>Po Box 70379<br>Philadelphia PA 19176-0379 | Goldman Sachs Bank USA<br>Lockbox 6112<br>Philadelphia PA 19170-0001 | Lisa Jane Halstead<br>1220 N 17th Street<br>Mount Vernon, WA 98273-2528 |

Robert Karl Halstead
1220 N 17th Street
Mount Vernon, WA 98273-2528

Harbor Freight
26677 Aguora Rd
Calabasas CA 91302-1959

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERTAT
PO BOX 7346
Philadelphia PA 19101-7346

(p)IDAHO HOUSING & FINANCE ASSOCIATION
PO BOX 7899
BOISE ID 83707-1899

Idaho Housing Agency
Attn: Bankruptcy Department
Po Box 965060
Orlando FL 32896-5060

KOHLS
PO BOX 30510
Los Angeles CA 90030-0510

LANE BRYANT
PO BOX 659728
SAN ANTONIO TX 78265-9728

LOWES
PO BOX 103080
ROSWELL GA 30076

Lands End
5 Land's End Lane
Dodgeville WI 53595-0001

Lending Club
595 Market St
San Francisco CA 94105-5839

Lending Club
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco CA 94105-5839

(p)LENDMARK FINANCIAL SERVICES
2118 USHER ST
COVINGTON GA 30014-2434

Les Schwab Tire Center
20900 Cooley Road
Bend OR 97701-3406

Les Schwab Tire Center
Attn: Bankruptcy
Po Box 5350
Bend OR 97708-5350

MOR FURNITURE
PO BOX 660431
Dallas TX 75266-0431

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

Macy's/ DSNB
Po Box 6789
Sioux Falls SD 57117-6789

Mercury/FBT
Attn: Bankruptcy
Po Box 84064
Columbus GA 31908-4064

Mercury/FBT
Po Box 84064
Columbus GA 31908-4064

Merrick Bank Corp
Po Box 9201
Old Bethpage NY 11804-9001

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

Nordstrom FSB
13531 E. Caley Ave
Englewood CO 80111-6505

Nordstrom FSB
Attn: Bankruptcy
Po Box 6555
Englewood CO 80155-6555

North Sound Emergency Medicine
PO Box 734537
Chicago IL 60673-4537

One Main
c/o CT Corporation System
505 Union Ave SE, Ste 120
Olympia WA 98501-1474

OneMain Financial
Attn: Bankruptcy
Po Box 142
Evansville IN 47701-0142

OneMain Financial
Po Box 1010
Evansville IN 47706-1010

OneMain Financial Group, LLC
PO Box 981037
Boston, MA 02298-1037

(p)OPORTUN  INC
PO BOX 560880
THE COLONY TX 75056-0880

Overstock.com
799 W Coliseum Way
Midvale UT 84047-4867

PayPal  
2211 N First St  
San Jose CA 95131-2021

Paypal  
PO Box 965005  
Orlando FL 32896-5005

Petal Card Inc  
Attn: Bankruptcy  
Msc _ 166931  Po Box 105168  
Atlanta GA 30348-5168

Petal Card Inc  
Po Box 105168  
Atlanta GA 30348-5168

Prosper Funding, Llc  
221 Main Street  
San Francisco CA 94105-1906

Prosper Funding, Llc  
Attn: Bankruptcy Dept  
221 Main Street, Ste 300  
San Francisco CA 94105-1909

(p)PUGET SOUND ENERGY  
ATTN VENDOR COLLECTIONS BOT-010  
P O BOX 97034  
BELLEVUE WA 98009-9734

QVC, Inc.  
1200 Wilson Drive  
West Chester PA 19380-4262

RCI BILLING SERVICE  
P.O. BOX 270  
RENTON WA 98057-0270

SKAGIT COUNTY ASSESSOR  
600 S 3RD ST  
MOUNT VERNON WA 98273-3800

Sephora USA, LLC  
585 Market Street - 32nd Floor  
San Francisco CA 94105-2708

Seth Halstead  
1220 N 17th St  
Mount Vernon WA 98273-2528

Skagit Radiology  
PO Box 2803  
Mount Vernon WA 98273-7803

(p)SPRING OAKS CAPITAL  LLC  
1400 CROSSWAYS BLVD STE 100B  
CHESAPEAKE VA 23320-0207

Syncb/B&H  
Attn: Bankruptcy  
P.O. Box 965065,  
Orlando FL 32896-5065

Syncb/B&H  
Po Box 71757  
Philadelphia PA 19176-1757

Syncb/Harbor Freight  
Attn: Bankruptcy  
Po Box 965060  
Orlando FL 32896-5060

Syncb/Harbor Freight  
Po Box 71746  
Philadelphia PA 19176-1746

Syncb/Mor Furniture  
Attn: Bankruptcy  
Po Box 965060  
Orlando FL 32896-5060

Syncb/Mor Furniture  
Po Box 71757  
Philadelphia PA 19176-1757

Syncb/Venmo  
Attn: Bankruptcy  
P.O. Box 965065  
Orlando FL 32896-5065

Syncb/Venmo  
Po Box 71737  
Philadelphia PA 19176-1737

Syncb/ccdstr  
Attn: Bankruptcy  
P.O. Box 965065  
Orlando FL 32896-5065

Syncb/ccdstr  
Po Box 71757  
Philadelphia PA 19176-1757

Syncb/zulily  
Attn: Bankruptcy  
Po Box 965060  
Orlando FL 32896-5060

Syncb/zulily  
Po Box 71740  
Philadelphia PA 19176-1740

Synchrony Bank  
Attn: Bankruptcy  
Pob 965064  
Orlando FL 32896-5064

Synchrony Bank  
Attn: Bankruptcy Department  
Po Box 965060  
Orlando FL 32896-5060

Synchrony Bank  
Po Box 71750  
Philadelphia PA 19176-1750

Synchrony Bank  
Po Box 71757  
Philadelphia PA 19176-1757

| | | |
|---|---|---|
| Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Synchrony Bank/Amazon<br>Po Box 71737<br>Philadelphia PA 19176-1737 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>P.O. Box 965065<br>Orlando FL 32896-5065 | Synchrony Bank/Care Credit<br>Po Box 71727<br>Philadelphia PA 19176-1727 | Synchrony Bank/Care Credit<br>Po Box 71757<br>Philadelphia PA 19176-1757 |
| Synchrony Bank/Gap<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Synchrony Bank/Gap<br>Po Box 71727<br>Philadelphia PA 19176-1727 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 |
| Synchrony Bank/Lowes<br>Po Box 71727<br>Philadelphia PA 19176-1727 | Synchrony Bank/QVC<br>Attn: Bankruptcy<br>Po Box 965065<br>Orlando FL 32896-5065 | Synchrony Bank/QVC<br>Po Box 71727<br>Philadelphia PA 19176-1727 |
| Synchrony Bank/TJX<br>Attn: Bankruptcy Dept<br>Po Box 965064<br>Orlando FL 32896-5064 | Synchrony Bank/TJX<br>Po Box 71737<br>Philadelphia PA 19176-1737 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965064<br>Orlando FL 32896-5064 |
| Synchrony/PayPal Credit<br>Po Box 71727<br>Philadelphia PA 19176-1727 | TJ MAXX<br>3216 S 23RD #D<br>TACOMA WA 98405-1607 | TORRID<br>PO BOX 659584<br>San Antonio TX 78265 |
| Target NB<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis MN 55440-9475 | Target NB<br>Po Box 673<br>Minneapolis MN 55440-0673 | The Bank of Missouri<br>916 North Kings Hwy<br>Perryville MO 63775-1204 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Ulta<br>1000 Remington Blvd<br>Ste. 120<br>Bolingbrook IL 60440-4708 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 |
| (p)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-4422 | VICTORIA SECRET<br>PO BOX 659728<br>SAN ANTONIO TX 78262 | Venmo<br>PO Box 960080<br>Orlando FL 32896-0080 |
| WSECU<br>330 UNION AVE SE<br>OLYMPIA WA 98501-2062 | WSECU<br>PO Box WSECU<br>Olympia WA 98507-0099 | Wayfair<br>4 Copley Place<br>Boston MA 02116-6513 |

WebBank
215 S State St, Ste 1000
Salt Lake City UT 84111-2336

WebBank/OneMain
Attn: Bankruptcy
215 South State Street, Suite 1000
Salt Lake City UT 84111-2336

WebBank/OneMain
Po Box 3316
Evansville IN 47732-3316

(p)JASON WILSON AGUILAR
600 UNIVERSITY ST STE 1300
SEATTLE WA 98101-4102

Wsecu-visa
Po Box Wsecu
Olympia WA 98507-0099

Zulily, Inc.
2601 Elliot Avenue
Ste. 200
Seattle WA 98121-1389

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Savings Bank
500 East 60th St North
Sioux Falls SD 57104

(d)First Savings Bank
Attn: Bankruptcy
P.O. Box 5019
Sioux Falls SD 57117

Idaho Housing & Finance Association
565 W. Myrtle
Boise, Idaho 83702

(d)Idaho Housing Agency
Po Box 7899
Boise ID 83707

Lendmark Financial Ser
2118 Usher St.
Covington GA 30014

Macy's/ DSNB
Attn: Bankruptcy
9111 Duke Boulevard
Mason OH 45040

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta GA 30348

(d)Mission Lane LLC
Po Box 105286
Atlanta GA 30348

Oportun
Attn: Bankruptcy
Po Box 560698
The Colony TX 75056

(d)Oportun
Po Box 560698
The Colony TX 75056

Puget Sound Energy
BOT-01H
PO Box 91269
Bellevue WA 98009-9269

(d)Puget Sound Energy
PO Box 97034
Bellevue WA 98009

Spring Oaks Capital, Llc
Attn: Bankruptcy
P.O. Box 1216
Chesapeake VA 23327

(d)Spring Oaks Capital, Llc
P.o. Box 1216
Chesapeake VA 23327

The Home Depot
PO Box 78011
Phoenix AZ 85062

Upgrade, Inc.
2 North Central Ave, 10th Flr
Phoenix AZ 85004

(d)Upgrade, Inc.
Attn: Bankruptcy
275 Battery Street 23rd Floor
San Francisco CA 94111

Jason Wilson-Aguilar
600 University St #1300
Seattle, WA 98101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Care Credit                    (u)Courtesy NEF                    (u)Rci Billing


(u)W S E C U                      End of Label Matrix
                                  Mailable recipients   185
                                  Bypassed recipients     4
                                  Total                 189